ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DOUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
PIO S. KIM
California Bar No. 156679
Special Assistant United States Attorney
United States Attorney's Office
Asset Forfeiture Section
U.S. Courthouse, 14th Floor
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2589
Facsimile: (213) 894-7177
Email: Pio.Kim@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
CLERK, U.S. DISTRICT COURT
SEP 15 2010
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTIES LOCATED IN CALIFORNIA AND TEXAS,<br><br>Defendants. | ) | NO. CV 10-4003-SVW-AJW<br><br>ORDER RE MANDATORY STAY UNDER 18 U.S.C. § 981(g) |

**ORDER**

FOR GOOD CAUSE APPEARING, it is hereby ORDERED that:

1. This forfeiture action is stayed pending completion of the related criminal investigation or until any order lifting the stay, whichever is sooner; and

2. The parties shall promptly advise the Court when the criminal investigation has been completed, pending which the

parties shall file a joint status report every 90 days from the date of entry of this order until the stay of the civil forfeiture action is lifted.

DATED: Sept 13, 2010

United States District Court Judge

Submitted by:

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DOUGDALE
Assistant United States Attorney
Chief, Criminal Division

STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

PIO S. KIM
Assistant United States Attorney

Attorneys for Plaintiff
United States of America