EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JENNIFER RESNIK (Cal. Bar No. 233634)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6595
    Facsimile: (213) 894-7177
    E-mail:    Jennifer.Resnik@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV-10-4003-SVW (AJWx) |
|---|---|
| Plaintiff, | |
| v. | <u>CONSENT JUDGMENT OF FORFEITURE AS TO REAL PROPERTY LOCATED ON WEST GREEN STREET, CLAREMONT, CALIFORNIA</u> |
| REAL PROPERTIES LOCATED IN CALIFORNIA AND TEXAS, | |
| Defendants. | |
| LEMUEL LIBUNAO AND INTRAFUND CAPITAL CORPORATION, | |
| Claimants. | |

    This action was filed on May 27, 2010.  Notice was given and published in accordance with law.  Claimant Lemuel Libunao, both individually and through Intrafund Capital Corporation (collectively "Claimants") filed the only claim to the defendant real property located on West Green Street, Claremont, California (the "defendant

1

1  Green Street property"), more particularly described below.  No other
2  statements of interest or answers have been filed, and the time for
3  filing such statements of interest and answers has expired.
4  Plaintiff and Claimants have reached an agreement that is dispositive
5  of the claim to the defendant Green Street property in this action.
6  The parties have requested that the Court enter this Consent Judgment
7  of Forfeiture.
8      WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:
9      A.   This Court has jurisdiction over this action pursuant to 28
10 U.S.C. §§ 1345 and 1355 and over the parties hereto.
11     B.   The Complaint for Forfeiture states a claim for relief
12 pursuant to 18 U.S.C. § 981(a)(1)(A) and 31 U.S.C. § 5317(c)(2).
13     C.   Notice of this action has been given in accordance with
14 law.  All potential claimants to the defendant Green Street property
15 other than Claimants are deemed to have admitted the allegations of
16 the Complaint.  The allegations set out in the Complaint are
17 sufficient to establish a basis for forfeiture.
18     D.   The United States of America shall have judgment as to the
19 defendant Green Street property, and no other person or entity shall
20 have any right, title or interest therein.  The legal description of
21 the defendant Green Street property is as follows: The real property
22 in the City of Claremont, County of Los Angeles, State of California,
23 described as, Parcel 1: The Westerly 50 feet of the easterly 56 feet
24 of the southerly 20 feet of lot 14, in block 51 of Claremont, as per
25 map recorded in Book 15, pages 87 and 88 of miscellaneous records.
26 Parcel 2: The westerly 50 feet of the easterly 56 feet of lots 12 and
27 13, in block 51 of Claremont, as per map recorded in book 15, pages
28

87 and 88 of miscellaneous records. APN # 8313-024-007.

E. Claimants have released the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Agency and the Internal Revenue Service, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the Claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise. Nothing in this consent judgment is intended as, nor should anything in this consent judgment be interpreted as an admission by Claimants of any liability or wrongdoing.

F. The court finds that there was reasonable cause for the institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: September 28, 2015

THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

Dated: ~~August~~ September 16, 2015,

Respectfully submitted,

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
United States Attorney
Chief, Criminal Division

Jennifer Resnik
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

(CONT'D)

3

Dated: August 25, 2015,

LEMUEL LIBUNAO
Claimant

Dated: August 25, 2015,

LAW OFFICES OF MARK J. WERKSMAN

MARK J. WERKSMAN, ESQ.
Attorneys for Claimant Lemuel Libunao

Dated: August 25, 2015,

LEMUEL LIBUNAO for
INTRAFUND CAPITAL CORPORATION
Claimant

Dated: August 25, 2015

LUCITA UY
Claimant

HILARY POTASHNER
Federal Public Defender

Dated: August 25, 2015

KIM SAVO
NADINE HETTLE
Deputy Federal Public Defenders
Attorneys for Claimant Lucita Uy

4