EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JENNIFER RESNIK (Cal. Bar No. 233634)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6595
    Facsimile: (213) 894-7177
    E-mail:   Jennifer.Resnik@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>REAL PROPERTIES LOCATED IN CALIFORNIA AND TEXAS,<br><br>      Defendants. | No. CV-10-4003-SVW (AJWx)<br><br>CONSENT JUDGMENT OF FORFEITURE AS TO REAL PROPERTY LOCATED ON WEST HILLCREST BOULEVARD, MONROVIA, CALIFORNIA |
| LEMUEL LIBUNAO<br><br>      Claimant. | |

    This action was filed on May 27, 2010.  Notice was given and published in accordance with law.  Claimant Lemuel Libunao ("Claimant") filed the only claim to the defendant real property located on West Hillcrest Boulevard, Monrovia, California (the "defendant Hillcrest property"), more particularly described below.

1

No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired. Plaintiff and Claimant have reached an agreement that is dispositive of the claims to the defendant Hillcrest property in this action. The parties have requested that the Court enter this Consent Judgment of Forfeiture.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

A.   This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

B.   The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) and 31 U.S.C. § 5317(c)(2).

C.   Notice of this action has been given in accordance with law.  All potential claimants to the defendant Hillcrest property other than Claimant are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

D.   The United States of America shall have judgment as to the defendant Hillcrest property, subject to the prior recorded interest of Bank of America, NA (Instrument Number 20070846538), and no other person or entity shall have any right, title or interest therein. The legal description of the defendant Hillcrest property is as follows: The real property in the City of Monrovia, County of Los Angeles, State of California, described as Lot 1 of Tract No 8564, in the City of Monrovia, County of Los Angeles, as per Map recorded in Book 109, Page 10 of Maps in the Office of the County Recorder of Los Angeles County, California.  APN # 8520-019-013.

E.   Claimant has released the United States of America, its

agencies, agents, and officers, including employees and agents of the Drug Enforcement Agency and the Internal Revenue Service, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the Claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise. Nothing in this consent judgment is intended as, nor should anything in this consent judgment be interpreted as an admission by Claimant of any liability or wrongdoing.

    F.    The court finds that there was reasonable cause for the institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: September 24, 2015

_____
THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

Dated: ~~August~~ 16, 2015      Respectfully submitted,
     September

                                                   EILEEN M. DECKER
                                                   United States Attorney

                                                   LAWRENCE S. MIDDLETON
                                                 Assistant United States Attorney
                                                 Chief, Criminal Division

                                                 _____
                                                 Jennifer Resnik
                                                 Assistant United States Attorney

                                                 Attorneys for Plaintiff
                                                 UNITED STATES OF AMERICA

(CONT'D)

```
 1
 2  Dated: August 25, 2015            _____
                                     LEMUEL LIBUNAO
 3                                   Claimant
 4  Dated: August 25, 2015           LAW OFFICES OF MARK J. WERKSMAN
 5                                   _____
 6                                   MARK J. WERKSMAN, ESQ.
                                     Attorneys for Claimant Lemuel Libunao
 7
 8
 9  Dated: August 25, 2015           _____
                                     LUCITA UY
10                                   Claimant
11
                                     HILARY POTASHNER
12                                   Federal Public Defender
13
    Dated: August 25, 2015           _____
14                                   KIM SAVO
                                     NADINE HETTLE
15                                   Deputy Federal Public Defenders
                                     Attorneys for Claimant Lucita Uy
16
```