EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JENNIFER RESNIK (Cal. Bar No. 233634)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6595
    Facsimile: (213) 894-7177
    E-mail:   Jennifer.Resnik@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>        v.<br><br>REAL PROPERTIES LOCATED IN CALIFORNIA AND TEXAS,<br><br>      Defendants.<br><hr>LEMUEL LIBUNAO,<br><br>      Claimant. | No. CV-10-4003-SVW (AJWx)<br><br><u>CONSENT JUDGMENT OF FORFEITURE AS TO REAL PROPERTY LOCATED ON NEW HAMPSHIRE AVENUE, CLAREMONT, CALIFORNIA</u> |

    This action was filed on May 27, 2010. Notice was given and published in accordance with law. Claimant Lemuel Libunao ("Claimant") filed the only claim to the defendant real property located on New Hampshire Avenue, Claremont, California (the "defendant New Hampshire property"), more particularly described below. No other statements of interest or answers have been filed,

1

and the time for filing such statements of interest and answers has expired.  Plaintiff and Claimant have reached an agreement that is dispositive of the claim to the New Hampshire property in this action.  The parties have requested that the Court enter this Consent Judgment of Forfeiture.

     WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

     A.   This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

     B.   The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) and 31 U.S.C. § 5317(c)(2).

     C.   Notice of this action has been given in accordance with law.  All potential claimants to the defendant New Hampshire property other than Claimant are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

     D.   Claimant shall have judgment as to the defendant New Hampshire property.  The legal description of the defendant New Hampshire property is as follows: Lot 11 of Tract No. 46812, in the City of Claremont, County of Los Angeles, State of California, as per map recorded in Book 1244, Page (s) 60 and 61 of Maps, in the Office of the County Recorder of said County. APN #: 8673-037-011.

     E.   Claimant has released the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Agency and the Internal Revenue Service, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the

```
 1  Claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.  Nothing
 2  in this consent judgment is intended as, nor should anything in this
 3  consent judgment be interpreted as an admission by Claimant of any
 4  liability or wrongdoing.
 5       F.   The court finds that there was reasonable cause for the
 6  institution of these proceedings.  This judgment shall be construed
 7  as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.
```

Dated: September 24, 2015

THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

Dated: ~~August~~ September 16, 2015        Respectfully submitted,

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal ~~Division~~

Jennifer Resnik
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: August 25, 2015

LEMUEL LIBUNAO
Claimant

(CONT'D)

3

| | | |
|---|---|---|
| 1 | Dated: August 25, 2015 | LAW OFFICES OF MARK J. WERKSMAN |
| 2 | | |
| 3 | | *[signature]* |
| 4 | | MARK J. WERKSMAN, ESQ. |
| 5 | | Attorneys for Claimant Lemuel Libunao |
| 6 | Dated: August 25, 2015 | *[signature]* |
| 7 | | LUCITA UY |
| | | Claimant |
| 8 | | |
| 9 | | HILARY POTASHNER |
| | | Federal Public Defender |
| 10 | Dated: August 25, 2015 | *[signature]* |
| 11 | | KIM SAVO |
| 12 | | NADINE HETTLE |
| | | Deputy Federal Public Defenders |
| 13 | | Attorneys for Claimant Lucita Uy |