```
 1  EILEEN M. DECKER
    United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  JENNIFER RESNIK (Cal. Bar No. 233634)
    Assistant United States Attorney
 6  Asset Forfeiture Section
         1400 United States Courthouse
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephone: (213) 894-6595
         Facsimile: (213) 894-7177
 9       E-mail:    Jennifer.Resnik@usdoj.gov

10  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>REAL PROPERTIES LOCATED IN CALIFORNIA AND TEXAS,<br><br>　　　　Defendants.<br><br>LEMUEL LIBUNAO AND LUCITA UY,<br><br>　　　　Claimants. | No. CV-10-4003-SVW (AJWx)<br><br>PARTIAL CONSENT JUDGMENT OF FORFEITURE AS TO REAL PROPERTY LOCATED ON GALLANT RIDGE LANE, HOUSTON, TEXAS |
|---|---|

This action was filed on May 27, 2010. Notice was given and published in accordance with law. Claimants Lemuel Libunao and Lucita Uy (collectively "Claimants") filed claims to the defendant real property located on Gallant Ridge Lane, Houston, Texas property (the "defendant Gallant Ridge property"), more particularly described

1

below.  A claim was also filed by Harris County, Texas (Docket Number 13), which claim is hereby recognized by Plaintiff.  Plaintiff and Claimants have reached an agreement that is dispositive of their Claims to the defendant Gallant Ridge property in this action.[1]  The parties have requested that the Court enter this Partial Consent Judgment of Forfeiture.

    WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

    A.   This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

    B.   The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) and 31 U.S.C. § 5317(c)(2).

    C.   Notice of this action has been given in accordance with law.  All potential claimants to the defendant Gallant Ridge property other than Claimants and claimant Harris County are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

    D.   The United States of America shall have judgment as to Claimants' interest in the defendant Gallant Ridge property, subject to the previously recorded interests of Wells Fargo Bank (Instrument No. 20080155519) and Royal Oaks Community Homeowners Association, Inc. (Instrument No. 20090221835), and no other person or entity shall have any right, title or interest therein.  The legal

---

[1] The Harris County claim relates to the defendant Almeda Road, Gallant Ridge and Highway 6 properties, and was filed in this action on behalf of itself and other local governments.  The claim is based on delinquent property taxes attached to these defendant properties.  The United States of America will enter into a separate Consent Judgment of Forfeiture with claimant Harris County recognizing its liens against the defendant Gallant Ridge property.

2

description of the defendant Gallant Ridge property is as follows: All that certain parcel of land situated in being known as lot twenty-four (24), in block ten (10), of Royal Oaks Country Club, section one (1), replat, a subdivision in Harris County, Texas, according to the map or plat, thereof, recorded in Film Code No. 439050 of the map records of Harris County, Texas.  Parcel ID Number: 120-200-010-0024.

    E.   Claimants have released the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Agency and the Internal Revenue Service, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the Claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise. Nothing in this consent judgment is intended as, nor should anything in this consent judgment be interpreted as an admission by Claimants of any liability or wrongdoing.

    F.   The court finds that there was reasonable cause for the institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: September 24, 2015

_____
THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

3

| | |
|---|---|
| Approved as to form and content: | |
| Dated: ~~August~~ September 16, 2015 | Respectfully submitted, |
| | EILEEN M. DECKER<br>United States Attorney |
| | LAWRENCE S. MIDDLETON<br>Assistant United States Attorney<br>Chief, Criminal Division |
| | */s/ Jennifer Resnik*<br>Jennifer Resnik<br>Assistant United States Attorney |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |
| Dated: August 25, 2015 | */s/ Lemuel Libunao*<br>LEMUEL LIBUNAO<br>Claimant |
| Dated: August 25, 2015 | LAW OFFICES OF MARK J. WERKSMAN<br>*/s/ Mark J. Werksman*<br>MARK J. WERKSMAN, ESQ.<br>Attorneys for Claimant Lemuel Libunao |
| Dated: August 25, 2015 | */s/ Lucita Uy*<br>LUCITA UY<br>Claimant |
| | HILARY POTASHNER<br>Federal Public Defender |
| Dated: August 25, 2015 | */s/ Kim Savo*<br>KIM SAVO<br>NADINE HETTLE<br>Deputy Federal Public Defenders<br>Attorneys for Claimant Lucita Uy |

4