```
1  EILEEN M. DECKER
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  JENNIFER RESNIK (Cal. Bar No. 233634)
   Assistant United States Attorney
6  Asset Forfeiture Section
        1400 United States Courthouse
7       312 North Spring Street
        Los Angeles, California 90012
8       Telephone: (213) 894-6595
        Facsimile: (213) 894-7177
9       E-mail:    Jennifer.Resnik@usdoj.gov

10 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

11
                  UNITED STATES DISTRICT COURT
12
               FOR THE CENTRAL DISTRICT OF CALIFORNIA
13
   UNITED STATES OF AMERICA,          No. CV-10-4003-SVW (AJWx)
14
             Plaintiff,
15
                  v.                  PARTIAL CONSENT
16                                    JUDGMENT OF FORFEITURE AS TO REAL
   REAL PROPERTIES LOCATED IN         PROPERTY LOCATED ON HIGHWAY 6,
17 CALIFORNIA AND TEXAS,              HOUSTON, TEXAS

18           Defendants.

19 ─────────────────────────────
   LEMUEL LIBUNAO AND LUCITA UY,
20
21           Claimants.

22
        This action was filed on May 27, 2010.  Notice was given and
23
   published in accordance with law.  Claimants Lemuel Libunao and
24
   Lucita Uy, both individually and through L & L Funding, Inc.,
25
   (collectively "Claimants")  filed claims to the defendant real
26
   property located on Highway 6 South, Houston, Texas (the "defendant
27
   Highway 6 property"), more particularly described below.  A claim was
28
```

1

also filed by Harris County, Texas (Docket Number 13), which claim is hereby recognized by Plaintiff.  Plaintiff and Claimants have reached an agreement that is dispositive of the Claims to the defendant Highway 6 property in this action.[1]  The parties have requested that the Court enter this Partial Consent Judgment of Forfeiture.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

A.    This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

B.    The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) and 31 U.S.C. § 5317(c)(2).

C.    Notice of this action has been given in accordance with law.  All potential claimants to the defendant Highway 6 property other than Claimants and claimant Harris County are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

D.    The United States of America shall have judgment as to Claimants' interest in the defendant Highway 6 property, and no other person or entity shall have any right, title or interest therein. The legal description of the defendant Highway 6 property is as follows:

> All that certain parcel of land situated in being known as 0.9183 acre (40,000 square feet) out of a forty (40) acre tract of land in the Martin Moran 640 acre survey, Abstract No. 580, in Harris County, Texas, and said tract of land

---

[1]  The Harris County claim relates to the defendant Almeda Road, Gallant Ridge and Highway 6 properties, and was filed in this action on behalf of itself and other local governments.  The claim is based on delinquent property taxes attached to these defendant properties. The United States of America will enter into a separate Consent Judgment of Forfeiture with claimant Harris County recognizing its liens against the defendant Highway 6 property.

being more particularly described by metes and bounds as follows:

Commencing at the intersection of the northwest corner of the Martin Moran survey, Abstract No. 580, with the original center line of State Highway 6;

Thence south 00 degrees 06 minutes 00 seconds west along the west line of said Martin Moran survey and the original center line of State Highway 6 a distance of 2324.36 feet to a point for corner;

Thence south 89 degrees 41 minutes 00 seconds east a distance of 30.00 feet to the place of beginning of the herein described tract of land, and being the east right-of-way line of State Highway 6 (based on a width of 180.00 feet) from which a found 5/8 inch iron rod bears north 53 degrees 28 minutes 04 seconds east, 1.24 feet;

Thence north 00 degrees 06 minutes 00 seconds east along the east right-of-way line of State Highway 6 and the west line of this tract a distance of 200.00 feet to a 5/8 inch iron rod found for the northwest corner of the herein described tract of land;

Thence south 89 degrees 41 minutes 00 seconds east along the north line of this tract, a distance of 200.00 feet to a 5/8 inch iron rod found for the northeast corner of the herein described tract of land;

Thence south 00 degrees 06 minutes 00 seconds west along the east line of this tract a distance of 200.00 feet to a ½ inch iron rod found for the southeast corner of the herein described tract of land;

Thence north 89 degrees 41 minutes 00 seconds west along the south line of this tract, a distance of 200.00 feet to a 5/8 inch iron rod found for the southwest corner and place of beginning of the herein described tract of land and containing within these calls 40,000.00 square feet or .9183 acre of land. Parcel ID Number: 058-297-000-0126.

E.   Claimants have released the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Agency and the Internal Revenue Service, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the

3

1   Claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

2   Nothing in this consent judgment is intended as, nor should anything

3   in this consent judgment be interpreted as an admission by Claimants

4   of any liability or wrongdoing.

5       F.   The court finds that there was reasonable cause for the

6   institution of these proceedings.  This judgment shall be construed

7   as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

8

9   Dated: _____September 24, 2015_____

10           THE HONORABLE STEPHEN V. WILSON
           UNITED STATES DISTRICT JUDGE

11

**Approved as to form and**
12 **content:**

13

  Dated: ~~August~~ **16**, 2015
14      September        Respectfully submitted,

15           EILEEN M. DECKER
           United States Attorney

16           LAWRENCE S. MIDDLETON
           Assistant United States Attorney
17           Chief, Criminal Division

18

19           Jennifer Resnik
           Assistant United States Attorney

20

21           Attorneys for Plaintiff
           UNITED STATES OF AMERICA

22

23   Dated: August **25**, 2015

24           LEMUEL LIBUNAO
           Claimant

25

26

27   (CONT'D)

28

                     4

```
 1   Dated: August 25, 2015              LAW OFFICES OF MARK J. WERKSMAN

 2

 3
                                         _____
 4                                       MARK J. WERKSMAN, ESQ.
                                         Attorneys for Claimant Lemuel Libunao
 5

 6   Dated: August 25 2015

 7                                       _____
                                         LUCITA UY
                                         Claimant
 8

 9                                       HILARY POTASHNER
                                         Federal Public Defender
10
     Dated: August 25, 2015
11                                       _____
                                         KIM SAVO
12                                       NADINE HETTLE
                                         Deputy Federal Public Defenders
13                                       Attorneys for Claimant Lucita Uy

14   Dated: August 25, 2015

15                                       _____
                                         Lemuel Libunao for
16                                       L&L FUNDING
                                         Claimant

17   Dated: August 25, 2015

18                                       _____
                                         Lucita Uy for
19                                       L & L FUNDING, INC
                                         Claimant
20

21

22

23

24

25

26

27

28
                                         5
```