```
FILED
CLERK, U.S. DISTRICT COURT

Sept 29, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY:     PMC     DEPUTY
```

1  EILEEN M. DECKER
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  JENNIFER RESNIK (Cal. Bar No. 233634)
   Assistant United States Attorney
6  Asset Forfeiture Section
        1400 United States Courthouse
7       312 North Spring Street
        Los Angeles, California 90012
8       Telephone: (213) 894-6595
        Facsimile: (213) 894-7177
9       E-mail:    Jennifer.Resnik@usdoj.gov

10 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
11
                    UNITED STATES DISTRICT COURT
12
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
13
   UNITED STATES OF AMERICA,        No. CV-10-4003-SVW (AJWx)
14
            Plaintiff,
15
            v.                      [~~PROPOSED~~] PARTIAL CONSENT
16                                  JUDGMENT OF FORFEITURE AS TO REAL
   REAL PROPERTIES LOCATED IN       PROPERTY LOCATED ON ALMEDA ROAD,
17 CALIFORNIA AND TEXAS,            HOUSTON, TEXAS (I & II)
                                    (THIS JUDGMENT IS NOT DISPOSITIVE
18          Defendants.              OF THIS CASE)

19
   LEMUEL LIBUNAO, L & L FUNDING,
20 INC, AND LUCITA UY,

21
            Claimants.
22

23      This action was filed on May 27, 2010.  Notice was given and

24 published in accordance with law.  Claimants Lemuel Libunao and

25 Lucita Uy, both individually and through L & L Funding, Inc.,

26 (collectively "Claimants") filed claims to the real properties

27 commonly known as 4701 Almeda Road, Houston, Texas property and 4715

28

                                  1

Almeda Road, Houston, Texas (collectively the "defendant Almeda Road properties"), more particularly described below.  A claim was also filed by Harris County, Texas (Docket Number 13), which claim is hereby recognized by Plaintiff.  Plaintiff and Claimants have reached an agreement that is dispositive of their Claims to the defendant Almeda Road properties in this action.[1]  The parties have requested that the Court enter this Partial Consent Judgment of Forfeiture.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

A. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

B. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) and 31 U.S.C. § 5317(c)(2).

C. Notice of this action has been given in accordance with law.  All potential claimants to the interests of the Claimants in the defendant Almeda Road properties other than Claimants and claimant Harris County are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

D. The United States of America shall have judgment as to Claimants' interests in the defendant Almeda Road properties, subject to the previously recorded interest of Allegiance Bank Texas, and no other person or entity shall have any right, title or interest therein.  The legal description of the defendant real property known

---

[1] The Harris County claim relates to the defendant Almeda Road, Gallant Ridge and Highway 6 properties, and was filed in this action on behalf of itself and other local governments. The claim is based on delinquent property taxes attached to these defendant properties. The United States of America will enter into a separate Consent Judgment of Forfeiture with claimant Harris County recognizing its liens against the defendant Almeda Road properties.

as 4701 Almeda Road, Houston, Texas is as follows:

> All that certain parcel of land situated in being known as lot (1), in block one (1) of Riverside Terrace, first section, an addition in Harris County, Texas, according to the map or plat thereof, as recorded in volume 6, page 64 of the map records of Harris County, Texas. Parcel ID Number: 061-093-000-0001.

The legal description of the defendant real property known as 4715 Almeda Road, Houston, Texas is as follows:

> All that certain parcel of land situated in being known as a tract or parcel of land containing 0.227 acres being out of land a part of an original parent tract and being out of lot 35 and a part of lot 36, block 1, of Riverside Terrace addition, section 1 to the City of Houston, Harris County, Texas, according to the map or plat thereof, recorded in volume 6, page 64, of Harris County map records, said 0.227 acre tract being more particularly described by metes and bounds as follows to-wit:
>
> Beginning at a nail set marking the southwest corner of lot 36 and also marking the intersection of the easterly right-of-way line of Almeda Road with the north right-of-way the line of Wentworth Avenue (60.00 foot right-of-way);
>
> Thence south 54 deg. 43 min. 00 sec. east with the northeast right-of-way line of Wentworth Avenue, a distance of 92.73 feet to a 3/8 inch iron rod found for corner;
>
> Thence north 09 deg. 00 min. 20 sec east with the easterly boundary line of a remainder 0.2242 acre tract severed from said parent tract crossing over lots 35 and 36, a distance off 133.83 feet to an "X" set in the northeasterly boundary of said lot 36 and in the southwesterly right-of-way line of a 10.00 foot alley;
>
> Thence north 54 deg. 43 min. 00 sec. west with the southwesterly right-of-way line of said alley, a distance of 72.34 feet to an "X" found for corner;
>
> Thence south 17 deg. 20 min. 34 sec. west, a distance of 126.12 of the point of beginning and containing 0.227 acres of land, more or less. Parcel ID Number: 061-093-000-0036

E.   Claimants have released the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Agency and the Internal Revenue Service, from any and all claims, actions or liabilities arising out of or related to

3

1 this action, including, without limitation, any claim for attorney's
2 fees, costs or interest which may be asserted on behalf of the
3 Claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.
4 Nothing in this consent judgment is intended as, nor should anything
5 in this consent judgment be interpreted as an admission by Claimants
6 of any liability or wrongdoing.
7     F. The court finds that there was reasonable cause for the
8 institution of these proceedings. This judgment shall be construed
9 as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

11 Dated: September 29, 2015

THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

Dated: ~~August~~ September 16, 2015      Respectfully submitted,

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

Jennifer Resnik
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: August 25, 2015

LEMUEL LIBUNAO
Claimant

(Cont'd)

4

```
 1  Dated: August 25, 2015          LAW OFFICES OF MARK J. WERKSMAN
 2                                  /s/ Mark W.
 3                                  _____
                                    MARK J. WERKSMAN, ESQ.
 4                                  Attorneys for Claimant Lemuel Libunao

 5
 6  Dated: August 25, 2015          _____
                                    LUCITA UY
 7                                  Claimant

 8
                                    HILARY POTASHNER
 9                                  Federal Public Defender

10  Dated: August 25, 2015          _____
11                                  KIM SAVO
                                    NADINE HETTLE
12                                  Deputy Federal Public Defenders
                                    Attorneys for Claimant Lucita Uy
13
14
    Dated: August 25, 2015          _____
15                                  Lemuel Libunao for
                                    L & L FUNDING, INC
16                                  Claimant

17
    Dated: August 25, 2015          _____
18                                  Lucita Uy for
                                    L & L FUNDING, INC
19                                  Claimant
```

5