**FILED**
CLERK, U.S. DISTRICT COURT

Oct. 14, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____cr_____ DEPUTY

1  EILEEN M. DECKER
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  JENNIFER RESNIK (Cal. Bar No. 233634)
   Assistant United States Attorney
6  Asset Forfeiture Section
        1400 United States Courthouse
7        312 North Spring Street
        Los Angeles, California 90012
8        Telephone: (213) 894-6595
        Facsimile: (213) 894-7177
9        E-mail:    Jennifer.Resnik@usdoj.gov

10 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

11

                        JS-6

12                 UNITED STATES DISTRICT COURT

               FOR THE CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV-10-4003-SVW (AJWx) |
| Plaintiff, | |
| v. | [XXXXXXXX] CONSENT JUDGMENT OF FORFEITURE AS TO REAL PROPERTY LOCATED ON HIGHWAY 6, HOUSTON, TEXAS, REAL PROPERTY LOCATED ON GALLANT RIDGE LANE, HOUSTON, TEXAS AND REAL PROPERTY LOCATED ON ALMEDA ROAD, HOUSTON, TEXAS (I & II) |
| REAL PROPERTIES LOCATED IN CALIFORNIA AND TEXAS, | |
| Defendants. | |
| HARRIS COUNTY, TEXAS, | *THIS JUDGMENT IS CASE DISPOSITIVE AS TO REAL PROPERTY LOCATED ON HIGHWAY 6 AND GALLANT RIDGE LANE |
| Claimant. | |

22

23      This action was filed on May 27, 2010.  Notice was given and

24 published in accordance with law.  Claimant Harris County, Texas

25 ("Claimant") filed a claim[1] to the following defendant properties

26      _____

27      [1] The claim was filed by Harris County, Texas on behalf of
   itself and other units of local government, namely, Harris County
28 Flood Control District, Port of Houston Authority of Harris County,
                                        *(footnote cont'd on next page)*

                            1

1   (collectively "the defendant Texas properties"): (i) the defendant

2   real property located on Highway 6 South, Houston, Texas (the

3   "defendant Highway 6 property"); (ii) the defendant real property

4   located on Gallant Ridge Lane, Houston, Texas (the "defendant Gallant

5   Ridge property"); and (iii) the defendant real properties commonly

6   known as 4701 Almeda Road, Houston, Texas and 4715 Almeda Road,

7   Houston, Texas (collectively the "defendant Almeda Road properties"),

8   all of which are more particularly described below.  Plaintiff and

9   Claimant have reached an agreement that is dispositive of the Claim

10  to the defendant Texas properties in this action.[2]  The parties have

11  requested that the Court enter this Partial Consent Judgment of

12  Forfeiture.

13        WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

14        A.   This Court has jurisdiction over this action pursuant to 28

15  U.S.C. §§ 1345 and 1355 and over the parties hereto.

16        B.   The Complaint for Forfeiture states a claim for relief

17  pursuant to 18 U.S.C. § 981(a)(1)(A) and 31 U.S.C. § 5317(c)(2).

18        C.   Notice of this action has been given in accordance with

19  law.  All potential claimants to the defendant Texas properties other

20  than Claimant and claimants Lemuel Libunao and Lucita Uy are deemed

21  to have admitted the allegations of the Complaint.  The allegations

22  set out in the Complaint are sufficient to establish a basis for

23

24  Harris County Department of Education, Harris County Emergency
    Services District #100, Harris County Hospital District, Houston
25  Community College District, the City of Houston, Houston Independent
    School District (collectively, the "Taxing Authorities").
26
         [2]   The United States of America has entered into separate
27  consent judgments with claimants Lucita Uy and Lemuel Libunao as to
    the defendant Texas properties.
28
                                      2

1  forfeiture.

2       D.   The United States of America shall have judgment as to the

3  defendant Texas properties, subject to the previously recorded

4  interests of Wells Fargo Bank (Instrument No. 20080155519) and Royal

5  Oaks Community Homeowners Association, Inc. (Instrument No.

6  20090221835) with respect to the defendant Gallant Ridge property,

7  and the previously recorded interest of Allegiance Bank Texas with

8  respect to the defendant Almeda Road properties, and no other person

9  or entity shall have any right, title or interest therein.  The legal

10 description of the defendant Highway 6 property is as follows:

11         All that certain parcel of land situated in being known as
           0.9183 acre (40,000 square feet) out of a forty (40) acre
12         tract of land in the Martin Moran 640 acre survey, Abstract
           No. 580, in Harris County, Texas, and said tract of land
13         being more particularly described by metes and bounds as
           follows:

14
           Commencing at the intersection of the northwest corner of
15         the Martin Moran survey, Abstract No. 580, with the
           original center line of State Highway 6;

16
           Thence south 00 degrees 06 minutes 00 seconds west along
17         the west line of said Martin Moran survey and the original
           center line of State Highway 6 a distance of 2324.36 feet
18         to a point for corner;

19         Thence south 89 degrees 41 minutes 00 seconds east a
           distance of 30.00 feet to the place of beginning of the
20         herein described tract of land, and being the east right-
           of-way line of State Highway 6 (based on a width of 180.00
21         feet) from which a found 5/8 inch iron rod bears north 53
           degrees 28 minutes 04 seconds east, 1.24 feet;

22
           Thence north 00 degrees 06 minutes 00 seconds east along
23         the east right-of-way line of State Highway 6 and the west
           line of this tract a distance of 200.00 feet to a 5/8 inch
24         iron rod found for the northwest corner of the herein
           described tract of land;

25
           Thence south 89 degrees 41 minutes 00 seconds east along
26         the north line of this tract, a distance of 200.00 feet to
           a 5/8 inch iron rod found for the northeast corner of the
27         herein described tract of land;

28

1

2

3
> Thence south 00 degrees 06 minutes 00 seconds west along
> the east line of this tract a distance of 200.00 feet to a
> ½ inch iron rod found for the southeast corner of the
> herein described tract of land;

4

5

6
> Thence north 89 degrees 41 minutes 00 seconds west along
> the south line of this tract, a distance of 200.00 feet to
> a 5/8 inch iron rod found for the southwest corner and
> place of beginning of the herein described tract of land
> and containing within these calls 40,000.00 square feet or
> .9183 acre of land. Parcel ID Number: 058-297-000-0126.

7   The legal description of the defendant Gallant Ridge property is as

8   follows:

9

10

11

12
> All that certain parcel of land situated in being known as lot
> twenty-four (24), in block ten (10), of Royal Oaks Country Club,
> section one (1), replat, a subdivision in Harris County, Texas,
> according to the map or plat, thereof, recorded in Film Code No.
> 439050 of the map records of Harris County, Texas.  Parcel ID
> Number: 120-200-010-0024.

13   The legal description of the defendant real property known as 4701

14   Almeda Road, Houston, Texas is as follows:

15

16

17

18
> All that certain parcel of land situated in being known as
> lot (1), in block one (1) of Riverside Terrace, first
> section, an addition in Harris County, Texas, according to
> the map or plat thereof, as recorded in volume 6, page 64
> of the map records of Harris County, Texas. Parcel ID
> Number: 061-093-000-0001.

18   The legal description of the defendant real property known as 4715

19

20   Almeda Road, Houston, Texas is as follows:

21

22

23

24
> All that certain parcel of land situated in being known as
> a tract or parcel of land containing 0.227 acres being out
> of land a part of an original parent tract and being out of
> lot 35 and a part of lot 36, block 1, of Riverside Terrace
> addition, section 1 to the City of Houston, Harris County,
> Texas, according to the map or plat thereof, recorded in
> volume 6, page 64, of Harris County map records, said 0.227
> acre tract being more particularly described by metes and
> bounds as follows to-wit:

25

26

27
> Beginning at a nail set marking the southwest corner of lot
> 36 and also marking the intersection of the easterly right-
> of-way line of Almeda Road with the north right-of-way the
> line of Wentworth Avenue (60.00 foot right-of-way);

28

4

1
2

        Thence south 54 deg. 43 min. 00 sec. east with the northeast right-of-way line of Wentworth Avenue, a distance of 92.73 feet to a 3/8 inch iron rod found for corner;

3
4
5
6

        Thence north 09 deg. 00 min. 20 sec east with the easterly boundary line of a remainder 0.2242 acre tract severed from said parent tract crossing over lots 35 and 36, a distance off 133.83 feet to an "X" set in the northeasterly boundary of said lot 36 and in the southwesterly right-of-way line of a 10.00 foot alley;

7
8

        Thence north 54 deg. 43 min. 00 sec. west with the southwesterly right-of-way line of said alley, a distance of 72.34 feet to an "X" found for corner;

9
10

        Thence south 17 deg. 20 min. 34 sec. west, a distance of 126.12 of the point of beginning and containing 0.227 acres of land, more or less. Parcel ID Number: 061-093-000-0036

11

        E.    The proceeds of the defendant Texas properties shall be

12

distributed as follows:

13

        a.    First, payment of all outstanding real property taxes,

14

penalties, and interest owed thereon to Claimant to the date of

15

closing of escrow.  Claimant represents that as of September 2015,

16

the total amount owed for the defendant Highway 6 property is

17

approximately $40,567.40 and that there are currently no delinquent

18

taxes for the remaining defendant Texas properties.  Claimant will

19

provide escrow with the final amounts owed at closing;

20

        b.    Second, payment of all costs of escrow and sale,

21

including real estate sales commissions and applicable fees triggered

22

by the sale of the defendant Texas properties;

23

        c.    Third, to the extent funds remain (the "net

24

proceeds"), payment to any secured lienholders whose security

25

interests were recorded prior to recording of the United States of

26

America's lis pendens in this action, including, but not limited to

27

Wells Fargo Bank, Royal Oaks Community Homeowners Association, Inc.

28

and Allegiance Bank Texas;

1    d.  Fourth, any and all remaining net proceeds shall be

2 paid to the United States of America.  The United States of America

3 shall dispose of such funds in accordance with law.

4   F.  Claimant has released the United States of America, its

5 agencies, agents, and officers, including employees and agents of the

6 Drug Enforcement Agency and the Internal Revenue Service, from any

7 and all claims, actions or liabilities arising out of or related to

8 this action, including, without limitation, any claim for attorney's

9 fees, costs or interest which may be asserted on behalf of the

10 Claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.  Nothing

11 in this consent judgment is intended as, nor should anything in this

12 consent judgment be interpreted as an admission by Claimant of any

13 liability or wrongdoing.

14   G.  The court finds that there was reasonable cause for the

15 institution of these proceedings.  This judgment shall be construed

16 as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

17

18 Dated: October 14, 2015

                            _____

19                       THE HONORABLE STEPHEN V. WILSON
                       UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

6

1

2    Approved as to form and
     content:

3

4    Dated: September 9 , 2015          Respectfully submitted,
            October

5                                       EILEEN M. DECKER
                                        United States Attorney

6
                                        LAWRENCE S. MIDDLETON
7                                       Assistant United States Attorney
                                        Chief, Criminal Division

8

9

                                        Jennifer Resnik
10                                      Assistant United States Attorney

11                                      Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

12

13           October 8
     Dated: September    , 2015         FOX ROTHSCHILD LLP

14

15

16                                      MICHAEL SWEET, ESQ.
                                        Attorneys for
17                                      Claimant Harris County, Texas

18

19

20

21

22

23

24

25

26

27

28
                                        7