```
                                          FILED
                                  CLERK, U.S. DISTRICT COURT

                                    10/7/2016

                                CENTRAL DISTRICT OF CALIFORNIA
                                BY:    kss         DEPUTY
```

1  EILEEN M. DECKER
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  JENNIFER RESNIK (Cal. Bar No. 233634)
   Assistant United States Attorney
6  Asset Forfeiture Section
        1400 United States Courthouse
7       312 North Spring Street
        Los Angeles, California 90012
8       Telephone: (213) 894-6595
        Facsimile: (213) 894-7177
9       E-mail:   Jennifer.Resnik@usdoj.gov

10 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

11
                 UNITED STATES DISTRICT COURT
12
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
13
   UNITED STATES OF AMERICA,        No. CV-10-4003-SVW (AJWx)
14
             Plaintiff,
15
             v.                      FINAL CONSENT JUDGMENT OF
16                                   FORFEITURE AS TO REAL PROPERTY
                                     LOCATED ON ALMEDA ROAD, HOUSTON,
17 REAL PROPERTIES LOCATED IN        TEXAS (I & II)
   CALIFORNIA AND TEXAS,
18                                   [THIS JUDGMENT IS DISPOSITIVE OF
             Defendants.            THIS CASE]
19
   _____
20 OSAMA ABDULLATIF
   DBA LATIF & COMPANY,
21
             Claimant.
22

23      This action was filed on May 27, 2010.  Notice was given and

24 published in accordance with law.  On September 29, 2015, a partial

25 consent judgment was entered, by which Lucita Uy, Lemuel Libunao and

26 L & L Funding, Inc., forfeited their respective interests in the two

27 properties commonly known as 4701 Almeda Road, Houston, Texas

28 property and 4715 Almeda Road, Houston, Texas (collectively the

                                    1

"Defendant Almeda Road Properties"), more particularly described below. (Docket No. 47). On October 14, 2015, an additional partial consent judgment of forfeiture was entered recognizing the claim filed by Harris County as to the Defendant Almeda Road Properties. (Docket No. 49). Claimant Osama Abdullatif DBA Latif & Company ("Claimant") filed a claim to a 50 percent portion of the Defendant Almeda Road Properties on February 11, 2016. (Docket No. 59). There are no other outstanding claims to the Defendant Almeda Road Properties. Plaintiff and Claimant have reached an agreement that is dispositive of his Claim to the Defendant Almeda Road Properties in this action. The parties have requested that the Court enter this dispositive final Consent Judgment of Forfeiture.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

A. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

B. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) and 31 U.S.C. § 5317(c)(2).

C. Notice of this action has been given in accordance with law. All potential claimants to the Defendant Almeda Road Properties other than Claimant and Harris County are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

D. The United States of America shall have judgment as to a $200,000.00 interest (the "Forfeited Interest") in the Defendant Almeda Road Properties, subject only to the previously recorded interest of Allegiance Bank Texas, and no other person or entity shall have any right, title or interest therein. The legal

description of the defendant real property known as 4701 Almeda Road, Houston, Texas is as follows:

> All that certain parcel of land situated in being known as lot (1), in block one (1) of Riverside Terrace, first section, an addition in Harris County, Texas, according to the map or plat thereof, as recorded in volume 6, page 64 of the map records of Harris County, Texas. Parcel ID Number: 061-093-000-0001.

The legal description of the defendant real property known as 4715 Almeda Road, Houston, Texas is as follows:

> All that certain parcel of land situated in being known as a tract or parcel of land containing 0.227 acres being out of land a part of an original parent tract and being out of lot 35 and a part of lot 36, block 1, of Riverside Terrace addition, section 1 to the City of Houston, Harris County, Texas, according to the map or plat thereof, recorded in volume 6, page 64, of Harris County map records, said 0.227 acre tract being more particularly described by metes and bounds as follows to-wit:
>
> Beginning at a nail set marking the southwest corner of lot 36 and also marking the intersection of the easterly right-of-way line of Almeda Road with the north right-of-way the line of Wentworth Avenue (60.00 foot right-of-way);
>
> Thence south 54 deg. 43 min. 00 sec. east with the northeast right-of-way line of Wentworth Avenue, a distance of 92.73 feet to a 3/8 inch iron rod found for corner;
>
> Thence north 09 deg. 00 min. 20 sec east with the easterly boundary line of a remainder 0.2242 acre tract severed from said parent tract crossing over lots 35 and 36, a distance off 133.83 feet to an "X" set in the northeasterly boundary of said lot 36 and in the southwesterly right-of-way line of a 10.00 foot alley;
>
> Thence north 54 deg. 43 min. 00 sec. west with the southwesterly right-of-way line of said alley, a distance of 72.34 feet to an "X" found for corner;
>
> Thence south 17 deg. 20 min. 34 sec. west, a distance of 126.12 of the point of beginning and containing 0.227 acres of land, more or less. Parcel ID Number: 061-093-000-0036

> E.    On or about July 22, 2016, Claimant wire transferred $200,000.00 to the United States of America (the "Purchase Payment").

3

1    The Purchase Payment represents payment in lieu of and satisfaction

2    of the judgment against the Forfeited Interest.  The Purchase Payment

3    is hereby condemned and forfeited to the United States of America

4    without further notice to Claimant.  The United States Internal

5    Revenue Service shall dispose of the Purchase Payment in lieu of the

6    Forfeited Interest in the Defendant Almeda Road Properties in

7    accordance with law.

8        F.   As the judgment has been satisfied, no later than the close

9    of business on the 7th calendar day after entry of this Judgment by

10   the Court, (1) The United States of America shall withdraw the lis

11   pendens on the Defendant Almeda Road Properties by executing and

12   recording the form attached hereto as Exhibit A or a substantially

13   similar form, and (2) The United States of America and L & L Funding,

14   Inc. shall transfer, by Deed Without Warranty, all of their

15   respective interests in the Defendant Almeda Road Properties to

16   Claimant, including all interest in Defendant Almeda Road Properties

17   forfeited to the United States of America pursuant to the partial

18   consent judgment entered on September 29, 2015, in a form attached

19   hereto as Exhibit B, or a substantially similar form.

20       G.   Claimant hereby releases and forever discharges the United

21   States of America, its agencies, agents, and officers, including

22   employees and agents of the Drug Enforcement Agency and the Internal

23   Revenue Service, from any and all claims, actions or liabilities

24   arising out of or related to this action, including, without

25   limitation, any claim for attorney's fees, costs or interest which

26   may be asserted on behalf of the Claimant, whether pursuant to 28

27   U.S.C. § 2465 or otherwise.  Nothing in this consent judgment is

28

1    intended as, nor should anything in this consent judgment be

2    interpreted as an admission by Claimant of any liability or

3    wrongdoing.

4    ///

5    ///

6    ///

1    H.    The court finds that there was reasonable cause for the

2 institution of these proceedings.    This judgment shall be construed

3 as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

4

5 Dated: _____October 7, 2016_____          _____

                                           THE HONORABLE STEPHEN V. WILSON

6                                          UNITED STATES DISTRICT JUDGE

**Approved as to form and
content:**

7 Dated: ~~August~~ September 28 , 2016

8                                          Respectfully submitted,

9                                          EILEEN M. DECKER
                                           United States Attorney

10                                         LAWRENCE S. MIDDLETON
                                           Assistant United States Attorney
11                                         Chief, Criminal Division

12                                         _____

13                                         Jennifer Resnik
                                           Assistant United States Attorney

14
                                           Attorneys for Plaintiff
15                                         UNITED STATES OF AMERICA

16

17

18 Dated: August   , 2016                  _____

                                           OSAMA ABDULLATIF
19                                         DBA LATIF & COMPANY
                                           Claimant

20

21 Dated: August   , 2016                  THE LENTZ LAW FIRM PC

22                                         _____

23                                         JACEK W. LENTZ, ESQ.
                                           Attorneys for Claimant OSAMA
24                                         ABDULLATIF DBA LATIF & COMPANY

25 Dated: ~~August~~ September 27 , 2016

26                                         _____

27                                         Lemuel Libunao for
                                           L & L FUNDING, INC.

28

                                    6

1      H.   The court finds that there was reasonable cause for the

2  institution of these proceedings.  This judgment shall be construed

3  as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

4

5  Dated: _____         _____

                                    THE HONORABLE STEPHEN V. WILSON

6  **Approved as to form and**      UNITED STATES DISTRICT JUDGE

    **content:**

7

8  Dated: August  , 2016        Respectfully submitted,

9                             EILEEN M. DECKER

                              United States Attorney

10

                              LAWRENCE S. MIDDLETON

11                         Assistant United States Attorney

                            Chief, Criminal Division

12

13                         _____

                            Jennifer Resnik

14                         Assistant United States Attorney

15                         Attorneys for Plaintiff

                            UNITED STATES OF AMERICA

16

17

18  Dated: August 3, 2016       _____

                          OSAMA ABDULLATIF

19                         DBA LATIF & COMPANY

                          Claimant

20

21  Dated: August 3, 2016       THE LENTZ LAW FIRM PC

22

23                         JACEK W. LENTZ, ESQ.

                         Attorneys for Claimant OSAMA

24                         ABDULLATIF DBA LATIF & COMPANY

25  Dated: August  , 2016       WERKSMAN JACKSON HATHAWAY & QUINN

26

27                         MARK J. WERKSMAN, ESQ.

                         Attorneys for L & L Funding, Inc.

28